FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00389-CV

**THE CINCINNATI INSURANCE COMPANY**,
Appellant

v.

Ronnie **VILLANUEVA**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Appellee has filed a motion for a sixty-three day extension of time to file his brief. We grant the motion and order appellee's brief due **April 1, 2021**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court